KEVIN G. MCCURDY (SBN 115083)
MCCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRANSPORT INTERNATIONAL POOL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: CIV. S-04-2689 MCE JFM <br><br> STIPULATION AND ORDER CONTINUING PRE-TRIAL DISCOVERY CUT OFF |

## STIPULATION

1.  By virtue of this action, plaintiff Transport International Pool, Inc. ("Transport") seeks a declaration from this Court that defendant Liberty Mutual Insurance Company ("Liberty Mutual") has an obligation to defend and indemnify Transport on a policy issued by Liberty Mutual to named insured Aequipso Inc. dba ATS ("ATS policy"). Liberty Mutual believes that this matter can be resolved by virtue of a ruling, on summary judgment, regarding whether the plaintiff is an insured on the ATS policy.

2.  On October 12, 2005, Liberty Mutual's counsel contacted Transport's counsel to discuss the motion for summary judgment and other matters, including discovery. During this

- 1 -

1  discussion, Transport's counsel advised that, based upon information recently obtained in the
2  underlying action, Transport may be inclined to simply dismiss the present action in its entirety.
3  Prior to doing so, Transport wishes to: (1) obtain additional documents from Liberty Mutual
4  (which have subsequently been provided to counsel); and (2) subpoena the broker's file related to
5  the ATS policy to confirm that the documents provided by Liberty Mutual contained all pertinent
6  documents. Transport's counsel indicated that he believed he could obtain this information and
7  determine whether to dismiss this action by December 2005.

8      3. In order to save the parties' from incurring unnecessary costs, and to avoid wasting
9  this Court's time and resources, Transport's counsel suggested that Liberty Mutual refrain from
10 filing its motion for summary judgment and from conducting further discovery prior to December
11 2005. Liberty Mutual's counsel agreed to do so only in the event that Transport's counsel agreed,
12 and this Court ordered, to extend the close of discovery through the end of April of 2006.

13     4. As outlined above, the parties desire to affect a speedy and efficient resolution of
14 this matter. Moreover, the parties believe that after a period of sixty days, during which Transport
15 will obtain the records it needs to evaluate this issue, Transport will be in the position to determine
16 whether this matter should be dismissed or whether it should proceed.

17     5. <u>Accordingly, in order to avoid prejudice during this period, the parties agree to
18 extend the last day to complete discovery, scheduled by this court to occur on December 13, 2005,
19 to April 28, 2006</u>.

20     IT IS SO STIPULATED.

21 Dated: October 20, 2005        BARRY, UBALDI, MCPHERSON & FLESHER

23         By: _____/S/_____
24         DENNIS McPHERSON
        Attorneys for Plaintiff
25         TRANSPORT INTERNATIONAL POOL, INC.

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

1  Dated:  October 21, 2005                McCURDY & FULLER LLP

2

3                                          By:        /S/
                                               KEVIN G. McCURDY
4                                              Attorneys for Defendant Complainant
                                               LIBERTY MUTUAL INSURANCE
5                                              COMPANY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA  94025
(650) 618-3500

ORDER

In consideration of the stipulation of the parties, it is hereby ORDERED that the last day to complete discovery, scheduled by this court to occur on December 13, 2005, is extended to April 28, 2006.

IT IS SO ORDERED.

DATED: November 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE