McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
(650) 618-3500

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRANSPORT INTERNATIONAL POOL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.:  CIV. S-04-2689 MCE JFM <br><br><br> REQUEST FOR DISMISSAL WITH PREJUDICE, ORDER THEREON |

Plaintiff Transport International Pool, Inc. respectfully requests that this Court dismiss with prejudice its complaint filed in this action against defendant Liberty Mutual Insurance Company.

DATED: November 14, 2005            BARRY, UBALDI, MCPHERSON & FLESHER

By:_____/S/_____
   DENNIS McPHERSON
   Attorneys for Plaintiff
   TRANSPORT INTERNATIONAL POOL, INC.

- 1 -

1  Pursuant to the request of plaintiff, as against Liberty Mutual Insurance Company, this
2  matter is ordered dismissed with prejudice, each party to bear its own costs.

4  IT IS SO ORDERED:

6  DATED: November 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE